■ Louis Kingsbury et al., Individually and as Administrators of the Estate of Joseph L. Kingsbury, Deceased, Respondents, v Leslie Welch et al., Defendants, and Village of Avon et al., Appellants. [738 NYS2d 628] —Appeal from an order of Supreme Court, Livingston County (Cornelius, J.), entered February 27, 2001, which denied the motion of defendants Village of Avon and Avon Police Officer Michael Miller to dismiss the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Cornelius, J.

Present—Pigott, Jr., P.J., Hayes, Wisner, Hurlbutt and Gorski, JJ.